UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAUL THOMPSON,

     Plaintiff,

v.                              Case No:  2:13-cv-232-FtM-38DNF

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

                                 /

## ORDER

This matter comes before the Court on Unopposed Motion for Entry of Judgment under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant (Doc. #19) and Memorandum in Support (Doc. #20) filed on November 12, 2013. The Commissioner seeks a remand for further administrative proceedings. Plaintiff does not oppose the motion.

Accordingly, it is now

**ORDERED:**

(1) Unopposed Motion for Entry of Judgment under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant (Doc. #19) is **GRANTED**. The Decision of the Commissioner is hereby **reversed** and the case is **remanded** under sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security:

On remand, the Administrative Law Judge (ALJ) will update the record, further evaluate Plaintiff's residual functional capacity, and further evaluate the subjective complaints in light of all of the evidence. The ALJ will obtain

vocational expert evidence to determine whether Plaintiff can perform other works that exists in significant numbers in the national economy and ensure that the vocational expert testimony does not conflict with the Dictionary of Occupational Titles. The ALJ will then issue a new decision.

(2) The Clerk is directed to enter Judgment accordingly and **CLOSE** the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of November, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record