UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAUL THOMPSON,

    Plaintiff,

v.                                Case No:   2:13-cv-232-FtM-38DNF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on review of the docket. After Judgment was entered in this matter (Doc. #24), Plaintiff sought and was awarded attorney fees pursuant to the Equal Access to Justice Act. (Doc. #22; Doc. #26).

Accordingly, it is now **ORDERED**:

The Clerk is directed to enter Judgment pursuant to the Court's May 9, 2014 Order (Doc. #26) and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of May, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.